DALLAS R. SCHROEDER AND FREDA F. SCHROEDER, DOING BUSINESS AS SCHROEDER'S STANDARD AND THE GROCERY HOUSE, APPELLEES, v. NEBRASKA LIQUOR CONTROL COMMISSION ET AL., APPELLANTS.

344 N.W.2d 463

Filed February 17, 1984.   No. 83-060.

Paul L. Douglas, Attorney General, and Terry R. Schaaf, for appellants.

Donn K. Nelson of Armbruster, Nelson & Hart, for appellees.

BOSLAUGH, WHITE, HASTINGS, and SHANAHAN, JJ., and BRODKEY, J., Retired.

PER CURIAM.

The Nebraska Liquor Control Commission (commission) appeals the order of the Dawson County District Court, which reversed the commission's order denying the application of Dallas R. Schroeder and Freda F. Schroeder (Schroeders) and directed issuance of a license to Schroeders in accordance with their application.  We reverse and remand with directions.

On July 9, 1982, the commission denied Schroeders' application for a retail beer license, off-sale only, to be located within Cozad, Nebraska.  The solitary finding of the commission for denial of the application and license was "the local governing

body recommended denial" of the application.

This matter is controlled by our opinion in *McChesney v. City of No. Platte, ante* p. 416, 343 N.W.2d 925 (1984), which was issued on February 10.

Therefore, in accordance with the rule and reason contained in *McChesney v. City of No. Platte, supra,* the judgment of the district court is reversed, and the cause is remanded with directions to the district court to remand the case to the commission to make findings of fact and conclusions of law supporting the order which it may issue.

REVERSED AND REMANDED WITH DIRECTIONS.